**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00675-CV

**ROSCOE F. "TREY" WHITE, III AND WHITE VENTURES ENERGY LLC,**
**Appellants**

V.

**MICHAEL POTTORFF AND MONICA FABBIO, DERIVATIVELY ON BEHALF OF**
**INVESTORS GROUP, LLC F/K/A WE INVESTORS GROUP, LLC, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00751-D**

## ORDER

Based on our opinion of this date, we **LIFT THE STAY** granted by order of October 3, 2014 and **ORDER** Roscoe F. "Trey" to post a bond or provide a cash deposit or other security equal to the lesser of (1) half his net worth of $4,215,115 or (2) the sum of the compensatory damages awarded in the judgment, two years' post-judgment interest for the estimated duration of the appeal, and costs awarded in the judgment. *See* TEX. R. APP. P. 24.2(a)(1).

/s/      CRAIG STODDART
JUSTICE